JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAISEAN RYAN EVANS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>STU SHERMAN,<br><br>　　　　Respondent. | NO. EDCV 16-1631-PSG (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 6/6/17

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE